THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SECURE AXCESS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NINTENDO OF AMERICA INC., <br><br> Defendant. | Case No. 2:14-cv-01013-RSM <br><br> **JOINT MOTION TO EXTEND DEADLINE TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN AS REQUIRED BY FED. R. CIV. P. 26(f) AND LCR 26(f)** <br><br> **JURY TRIAL DEMANDED** <br><br> **NOTE ON MOTION CALENDAR:** **AUGUST 29, 2014** |

JOINT MOTION TO EXTEND DEADLINE TO FILE
COMBINED JOINT STATUS REPORT & DISCOVERY PLAN
CASE NO. 2:14-CV-01013 RSM

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101
(206) 452-8700

Plaintiff Secure Axcess, Inc. and Defendant Nintendo of America Inc. submit this joint motion to extend the deadline to file their Combined Joint Status Report and Discovery Plan as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) ("Joint Status Report") and in support thereof, respectfully state as follows:

1. This case was transferred to this Court from the Eastern District of Texas by a transfer order dated July 2, 2014, which also severed the claims against Nintendo of America Inc. from those asserted against the other defendants.[1]

2. On July 18, 2014, the Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 6) ("Order").

3. Among other deadlines, the Court ordered the Parties to submit their Joint Status Report on August 29, 2014 (Dkt. No. 6, at 1).

4. The Parties have begun discussions regarding the issues to be set forth in their Joint Status Report. The Parties, however, agree that a brief extension of the current deadline to submit their Joint Status Report is reasonable to allow both Parties sufficient time to fully discuss and prepare the Joint Status Report, thereby assisting the Court to prepare an efficient scheduling order.

The Parties therefore jointly request that the deadline to file their Combined Joint Status Report and Discovery Plan, as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f), be extended to September 12, 2014.

///
///
///
///
///
///

---

[1] On July 21, 2014, the Eastern District of Texas issued an order transferring the claims against Nintendo's parent company, Nintendo Co. Ltd., to this Court. The record has not yet been transferred and the transferred case has not been added to this Court's docket.

JOINT MOTION TO EXTEND DEADLINE TO FILE
COMBINED JOINT STATUS REPORT & DISCOVERY PLAN   2
CASE NO. 2:14-CV-01013 RSM

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101
(206) 452-8700

Dated: August 29, 2014

Respectfully submitted:

COOLEY LLP

*/s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA #41159)
1700 Seventh Ave., Suite 1900
Seattle, WA  98101-1355
Tel.:   (206) 452-8700
Fax:    (206) 452-8800
Email: cdurbin@cooley.com

Stephen R. Smith (*Pro Hac Vice Pending*)
Rose S. Whelan (*Pro Hac Vice Pending*)
1299 Pennsylvania Ave., NW, Suite. 700
Washington, DC 20004-2400
Tel.:   (202) 842-7800
Fax:    (202) 842-7899
Email: stepehen.smith@cooley.com
           rwhelan@cooley.com

Phillip E. Morton *(Pro Hac Vice Pending)*
11951 Freedom Drive, Suite 1600
Reston, VA 20190-5656
Tel.:   (703) 456-8000
Fax:    (703) 456-8100
Email: pmorton@cooley.com

Attorneys for Defendant NINTENDO OF AMERICA, INC.

FERGUSON, BRASWELL & FRASER, PC

*/s/ James E. Davis*
James E. Davis (Tex. State Bar No. 05504200)
2500 Dallas Parkway, Suite 501
Plano, TX 75093
Tel:    (972) 378-9111
Fax:    (972) 378-9115
Email:  jdavis@dallasbusinesslaw.com

Kelly J. Kubasta (Tex. State Bar No. 24002430)
KLEMCHUK KUBASTA LLP
8150 N. Central Expy., 10th Floor
Dallas, TX 75206
Tel:    (214) 367-6000
Fax:    (214) 367-6001
Email:  kelly.kubasta@kk-llp.com

Attorneys for Plaintiff SECURE AXCESS LLC

JOINT MOTION TO EXTEND DEADLINE TO FILE
COMBINED JOINT STATUS REPORT & DISCOVERY PLAN   3
CASE NO.  2:14-CV-01013 RSM

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA  98101
(206) 452-8700

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2014, I electronically filed the foregoing **JOINT MOTION TO EXTEND DEADLINE TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN AS REQUIRED BY FED. R. CIV. P. 26(f) AND LCR 26(f)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| James Ellis Davis<br>Ferguson, Braswell & Fraser, PC<br>2500 Dallas Parkway, Suite 501<br>Plano, TX 75093<br>Telephone: 972-378-9111<br>Fax: 972-378-9115<br>Email: jdavis@dallasbusinesslaw.com<br><br>Attorneys for SECURE AXCESS, LLC | Kelly J. Kubasta (TSB # 24002430)<br>Klemchuk Kubasta LLP<br>8150 N. Central Expy., 10th Floor<br>Dallas, Texas 75206<br>Tel: 214.367.6000<br>Fax: 214.367.6001<br>Email: kelly.kubasta@kk-llp.com<br><br>Attorneys for SECURE AXCESS, LLC |

                                          */s/ Christopher B. Durbin*
                                              Christopher B. Durbin

110000812 v4

**CERTIFICATE OF SERVICE**

**CASE NO. 2:14-CV-01013 RSM**

3

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101
(206) 452-8700